BERTERA'S HOPEWELL FOODLAND, INC. *v.*
MASTERS, DISTRICT ATTORNEY, ET AL.

No. 1132.   Decided April 8, 1968.

*Hubert I. Teitelbaum* and *Martin M. Sheinman* for
appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial
federal question.

INCORPORATED VILLAGE OF PORT JEFFERSON
ET AL. *v.* BOARD OF SUPERVISORS OF THE
COUNTY OF SUFFOLK ET AL.

No. 1152.   Decided April 8, 1968.

*William M. Johnson* for appellants.

*Stanley S. Corwin* for Board of Supervisors of Suffolk
County et al., and *Frederick Mars* for Receiver of Taxes
of the Town of Brookhaven, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.